In the Matter of the Accounting of ROSE S. JUTKOVITZ, as Administratrix of the Estate of ALEXANDER JUTKOVITZ, Deceased, Respondent. SERENA JUTKOVITZ, Appellant.— Appeal from an order of the Surrogate's Court, Nassau County, granting a motion of an administratrix to require an objectant to serve a bill of particulars of certain matters specified in her objections to a supplementary account. The order also directed the objectant to set forth a plain and concise statement of the demand for the decree, order or other relief to which objectant supposes herself to be entitled in accordance with section 49 of the Surrogate's Court Act. Order affirmed, without costs. No opinion. Nolan, P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ., concur.

In the Matter of ROBERT SALTZMAN et al., Copartners Doing Business as GRANT SQUARE LIQUOR STORE, et al., Respondents, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, et al., Appellants.— Proceeding pursuant to article 78 of the Civil Practice Act to review a determination of the State Liquor Authority approving on reconsideration (after an earlier disapproval upon a hearing) an application for the transfer of a retail liquor license and for the removal of the licensed business to different premises, and to restrain the transferees from engaging in the sale of liquor and wine at said new premises. Petitioners Saltzman, who were permitted to file written protests at the aforesaid hearing, are licensed operators of a retail liquor store located not far from the premises to which removal was sought. The other petitioners are taxpayers who own real property in the vicinity. The appeal is from an order, made after appellants had filed answers, which order annulled the determination and directed the authority to annul and invalidate the certificate authorizing the removal of the license from the old premises to the new. (Cf. *Matter of Saltzman* v. *O'Connell,* 282 App. Div. 732.) Order unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Schmidt, Beldock, Murphy and Ughetta, JJ.